UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: ) Case No. 09-16474-AIH
)
ALEXANDER, DAVID G ) Chapter 7
ALEXANDER, SANDRA R )
    Debtor(s). ) Judge: HARRIS
)

### MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: August 24, 2009      Time: 9:30 AM

Debtor(s)' Attorney: TIMOTHY P. HARTORY

Examination Conducted by:
  Interim Trustee: Lauren A. Helbling    ( X )
  Elected Trustee:    ( )   Disputed? ( )
  Other:    ( )

Results of Meeting:

| | |
|---|---|
| Held ( X ) | Not Held ( ) |
| Concluded ( X ) | Debtor Failed to Appear ( ) |
| Continued ( ) | Attorney Failed to Appear ( ) |
|   Date: | Rescheduled: yes ( ) no ( ) |
|   Time: |    At §341 ( ) Prior to §341 ( ) |

Date:
Address: Changed to:     Time:

Motion to Dismiss to Follow ( )
Address Correct ( X )     Other: See Comments: ( )
                            707(b) Review:
Case Determined to be:    Asset ( X )    No Action Required ( X )
                          No-asset ( )    Recommend UST Action ( )
                          Undetermined ( )     (see below/letter to follow)

Creditors Present:
   Creditor         Representative         Address & Phone

Comments:

                                            /s/ Lauren A. Helbling
                                            Panel Trustee